**Aleksas A. Barauskas**

**From:** Copyright Office [cop-rc@loc.gov]
**Sent:** Thursday, August 25, 2011 4:00 PM
**To:** Aleksas A. Barauskas
**Subject:** Acknowledgement of Receipt

THIS IS AN AUTOMATED EMAIL - DO NOT REPLY.

Thank you for submitting your registration claim using the electronic Copyright Office (eCO) System. This email confirms that your application and fee for the work BCR Volunteers with Whole Prey Rabbits was received on 08/25/2011. The following applies to registration claims only (not preregistrations):

The effective date of registration is established when the application, fee AND the material being registered have been received. If you have not yet sent the material to be registered, logon to eCO and click the blue case number associated with your claim in the Open Cases table, then do one of the following:

For digital uploads: Click the Upload Deposit button at the top of the Case Summary screen, then browse and select the file(s) you wish to upload. Note: only certain classes of works may be registered with digital deposits (See FAQs: http://www.copyright.gov/eco/faq.html#eCO_1.4).

For hardcopy submissions:  Click the Create Shipping Slip button at the top of the Case Summary screen, then click the Shipping Slip link that appears in the Send By Mail table. Print out and attach the shipping slip to the copy(ies) of your work. For multiple works, be sure to attach shipping slips to the corresponding copies.

A printable copy of the application will be available within 24 hours of its receipt. To access the application, click the My Applications link in the left top most navigation menu of the Home screen.

You will be issued a paper certificate by mail after the registration has been completed. You may check the status of this claim via eCO using this number [1-652466071].

[THREAD ID: 1-ASQGSH]

United States Copyright Office

EXHIBIT
2

## Aleksas A. Barauskas

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Thursday, August 25, 2011 4:00 PM
**To:** Aleksas A. Barauskas
**Subject:** Pay.Gov Payment Confirmation

THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

Transaction Summary

Application Name: Copyright Fee Services
Pay.gov Tracking ID: 25492EHE
Agency Tracking ID: 1-ASPH4F
Transaction Type: Sale
Transaction Date: Aug 25, 2011 3:59:41 PM

Account Holder Name: Howard Baskin
Transaction Amount: $35.00
Billing Address: PO Box 340189
City: Tampa
State/Province: FL
Zip/Postal Code: 336940189
Country: USA
Card Type: Visa
Card Number: ************0916

1

## Aleksas A. Barauskas

**From:** Copyright Office [cop-rc@loc.gov]
**Sent:** Thursday, August 25, 2011 4:07 PM
**To:** Aleksas A. Barauskas
**Subject:** Acknowledgement of Uploaded Deposit

```
THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office
(ECO) System.

 The following files were successfully uploaded for service request 1-652466071

File Name :BCR Volunteers with whole prey rabbits.jpg
File Size :4790 KB
Date/Time :8/25/2011 4:02:14 PM


[THREAD ID: 1-ASQG2U]

United States Copyright Office
```

1

**Aleksas A. Barauskas**

| | |
|---|---|
| **From:** | Copyright Office [cop-rc@loc.gov] |
| **Sent:** | Thursday, August 25, 2011 4:23 PM |
| **To:** | Aleksas A. Barauskas |
| **Subject:** | Acknowledgement of Uploaded Deposit |

```
THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office
(ECO) System.

 The following files were successfully uploaded for service request 1-652466071

File Name :BCR Volunteers with whole prey rabbits.jpg
File Size :4790 KB
Date/Time :8/25/2011 4:16:21 PM


[THREAD ID: 1-ASQSSE]

United States Copyright Office
```