

EXHIBIT 3

