Date: Tue, Aug 23, 2011 at 12:54 PM
Subject: Re: [C#856959025] YouTube Copyright counternotification, from: gwbigcatdaddy
To: carole.baskin@bigcatrescue.org

Hi there,

We received the attached counter-notification in response to a complaint you filed with us. As described in the United States Digital Millennium Copyright Act (DMCA) 17 U.S.C. 512, by this email, we're providing you with the counter-notification and await your notice (in not more than 10 days) that you've filed an action seeking a court order to restrain the counter-notifier's allegedly infringing activity. Such notice should be submitted by replying to this email. If we don't receive notice from you, we will reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Sincerely,

The YouTube Team
Original Message Follows:
------------------------

From: joe_exotic@yahoo.com
Subject: YouTube Support

Video URLs:
http://www.youtube.com/watch?v=MFavfrgWMkY

Username:
gwbigcatdaddy


Address:
Joseph Schreibvogel
25803 N. County Road 3250
25803 N. County Road 3250
Wynnewood OK, 73098
US
4052071168

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

Joseph Schreibvogel



EXHIBIT 4