





39. Carole Baskin Saga 39 killing inocent rabbits [www.keepvid.com]