**BLOGSPOT USE OF RABBIT PHOTO – BLED BY ORDER OF CAROLE FOR BLOODSICLES**
http://bigcatrescuelies.blogspot.com/



EXHIBIT 6