http://www.youtube.com/watch?v=r8e3rt2S3dA



