AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| x  ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED | US DISTRICT COURT - MIDDLE DISTRICT OF FLORIDA |
| 8:11-cv-2014-T-27TBM   9/2/2011 | 801 N. FLORIDA AVENUE<br>TAMPA, FL 33602 |
| PLAINTIFF | DEFENDANTS |
| BIG CAT RESCUE CORP. | BIG CAT RESCUE ENTERTAINMENT GROUP, INC. et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| Order   x  Judgment | ☐ Yes   No | 02/14/13 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Sheryl Loesch | Barbara Sohn | 02/15/13 |

**DISTRIBUTION:** 1) Upon initiation of action, 2) Upon filing of document adding copyright(s), 3) Upon termination of action,
mail copy to Register of Copyrights mail copy to Register of Copyrights mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court, 5) Case File Copy