IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP., )
a Florida not for profit corporation, )
)
    Plaintiff, )
)
vs. ) CASE NO. 8:11-cv-02014-JDW-TBM
)
BIG CAT RESCUE ENTERTAINMENT )
GROUP, INC.; G.W. EXOTIC MEMORIAL )
ANIMAL FOUNDATION; and JOE )
SCHREIBVOGEL; )
)
    Defendants. )
_____)

## CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION

Plaintiff having filed an action for copyright infringement against Defendants, the parties now request entry of this Judgment.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff BIG CAT RESCUE CORP. ("BCR"), with its principal place of business at 12802 Easy Street, Tampa, Florida 33625 owns U.S. Copyright Reg. No. VA0001788273 ("BCR Volunteers with Whole Prey Rabbits Photograph").

2. Defendants, BIG CAT RESCUE ENTERTAINMENT GROUP, INC.; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION; and JOE SCHREIBVOGEL (collectively "Defendants") with their principal place of business at 25803 N. CR 3250, Wynnewood, Oklahoma 73098; have infringed upon Plaintiff's copyright rights and engaged in misrepresentation under 17 U.S.C. § 512(f).

3. Permanent Injunction is hereby issued against Defendants enjoining them as follows:

A. Defendants, their principals, agents, servants and employees, and all persons in active concert or participation with any of them, shall not reproduce, distribute and use, modify or publish the BCR Volunteers with Whole Prey Rabbits Photograph or any other substantially similar photograph for any purpose;

B. Defendants shall not commit any other act which infringes upon Plaintiff's BCR Volunteers with Whole Prey Rabbits Photograph.

C. Defendants shall not represent, either directly or indirectly that they own the BCR Volunteers with Whole Prey Rabbits Photograph.

4. Final judgment is entered against Defendants BIG CAT RESCUE ENTERTAINMENT GROUP, INC.; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION; and JOE SCHREIBVOGEL as to Counts I and II of the Complaint, jointly and severally for statutory damages of $50,000.00 to accrue at the applicable post-judgment statutory interest rate for which let execution issue.

Date: 2/14/13

_____
THE HON. JAMES D. WHITTEMORE

Approved as To Form and Content:

Big Cat Rescue Corp.
By: Carole Baskin
Title: CEO

Big Cat Rescue Entertainment Group, Inc.
By: Schreibvogel
Title: 2-8-13 CEO
Date: 2-8-13

Page 2 of 3

Date: _2-8-2013_

                                      G.W. Exotic Memorial Animal Foundation

                                      By: _Joe Schreibvogel_
                                      Title: _CEO_
                                      Date: _2-8-2013_

                                      Joe Schreibvogel

                                      _[signature]_
                                      Date: _2-8-2013_

1300065