UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BIG CAT RESCUE CORP.,**

    **Plaintiff,**

vs.                                                              Case No.: 8:11-cv-02014-JDW-TBM

**BIG CAT RESCUE ENTERTAINMENT
GROUP, INC. et al.,**

    **Defendants.**

_____/

## ORDER

Pursuant to the Stipulation for Entry of Consent Judgment (Dkt. 73), all pending motions are DENIED as moot and the Clerk is directed to CLOSE the case.

**DONE AND ORDERED** in chambers this 14th day of February, 2013.

                                                            JAMES D. WHITTEMORE
                                                            United States District Judge

Copies to:
Counsel of Record